IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TANEL WOODWARD,** | : | Civil No. 1:19-cv-2048 |
| Plaintiff, | : | |
| v. | : | |
| **ADAM SABO, et al.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

## O R D E R

Before the court is a report and recommendation (Doc. 40) of the magistrate judge that recommends granting the unopposed motion to dismiss filed by Defendants Carter and City of Harrisburg (Doc. 21). Objections to the report and recommendation were due on September 16, 2021, and to date, no objections have been filed.

In considering whether to adopt a report and recommendation when no objections have been filed, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error). Following an independent review of the record and upon a careful review of the report and recommendation, the court is satisfied that the report and

recommendation contains no clear error and will therefore adopt the recommendation. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation is **ADOPTED**;

2) Defendants Carter and City of Harrisburg's motion to dismiss (Doc. 21) is GRANTED; and

3) This case is remanded to the magistrate judge for further pretrial proceedings.

s/Sylvia H. Rambo
United States District Judge
